## EUGENE PARSELL v. GENESEE CIRCUIT JUDGE.

*Replevin—Assessment of damages.*

Where, on motion of the defendant in replevin, the writ has been quashed as void for not describing the property seized, the defendant cannot have an assessment of damages, which is confined by Comp. L., §§ 6758-9, to cases where "the property specified in the writ" has been delivered to the plaintiff, and can cover no other property.

· MANDAMUS. Motion submitted October 22. Denied October 31. Goods were taken from Parsell under a writ of replevin that did not describe them, the only description being in the affidavit annexed. The writ was accordingly quashed as void, and Parsell waived return and asked an assessment of damages, which was refused for want of jurisdiction, the writ being void. He applied for mandamus to compel an assessment.

The writ was denied.

*LeRoy Parker* for the writ.

*Aug. C. Baldwin* against.